| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/11/2024 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                           24-cr-15 (MKV)

AI ZHEN XU,                                   ORDER

                Defendant.

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the status conference that was previously scheduled to take place on June 27, 2024 shall instead take place on June 17, 2024 at 10:30 a.m.  The parties shall file a joint status letter by June 10, 2024.

**SO ORDERED.**

Dated: April 11, 2024
      New York, NY

                                                 **MARY KAY VYSKOCIL**
                                                 **United States District Judge**