UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2024
```

UNITED STATES OF AMERICA,

-v-

AI ZHEN XU,

               Defendant.

24-cr-15 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file a joint status letter by 4:00 p.m. on August 9, 2024.

**SO ORDERED.**

**Dated: August 8, 2024**
       **New York, NY**

                                             **MARY KAY VYSKOCIL**
                                             **United States District Judge**