UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:____9/24/2024____         │
└─────────────────────────────────────┘
```

UNITED STATES OF AMERICA,

-v-                                        24-cr-15 (MKV)

AI ZHEN XU,                                ORDER

                        Defendant.

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the parties shall file a joint status letter by 12:00 p.m. on September 27, 2024.

**SO ORDERED.**

**Dated:** **September 24, 2024**
          **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**