```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                          24-cr-15 (MKV)

AI ZHEN XU,                                  ORDER

                    Defendant.

MARY KAY VYSKOCIL, United States District Judge:

On November 18, 2024, the Court held a status conference in this matter. IT IS HEREBY ORDERED that the parties shall file a joint status letter by January 17, 2025. All time is excluded until January 17, 2025.

IT IS FURTHER ORDERED that, if the parties are unable to reach a pretrial resolution, the trial in this case will begin on April 8, 2025. The trial must conclude by April 18, and the parties must plan accordingly. All Pretrial Submissions, as described in Rule 5(A) of the Court's Individual Rules of Practice in Criminal Cases, are due March 7, 2025.

**SO ORDERED.**

Dated: November 18, 2024
      New York, NY

                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**