**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Southern District

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 25, 2025

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025
```

Re: *United States v. Ai Zhen Xu*, 24 Cr. 15 (MKV)

Honorable Judge Vyskocil:

    With the consent of the Government, I write to respectfully request a 60-day adjournment of sentencing, currently scheduled for October 16, 2025. Under the plea agreement, Mrs. Xu is required to either (i) submit amended individual and corporate tax returns to the Internal Revenue Service ("IRS") at least two weeks prior to sentencing or (ii) enter into a Form 870 prepared by the IRS. Counsel and the Government initially anticipated proceeding through the Form 870 process, and were awaiting completion of the forms. However, we recently learned that the IRS has determined it will not be preparing Form 870s in this matter. As a result, Mrs. Xu must now proceed by filing amended returns, which will require additional time to complete.

    In addition, Mr. Xu's accountant, who would be assisting with the preparation and filing of the amended returns, is currently on vacation and unavailable until October 1, 2025. This further impacts the timeline for completing the necessary filings in advance of sentencing.

    For these reasons, a 60-day adjournment is necessary to allow sufficient time to complete and file the amended returns in compliance with the plea agreement. The Government does not object to this request. Regarding timing, I have a trial beginning the week of December 8. I respectfully request a sentencing date after December 17.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/_____
Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc: AUSA Benjamin Burkett (by ECF)

GRANTED.
Sentencing in this matter is HEREBY ADJOURNED to December 18th, 2025 at 11am.
SO ORDERED.

Date: 9/25/2025
New York, New York

Mary Kay Vyskocil
United States District Judge