# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2025

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/2/2025
```

**Re:** *United States v. Ai Zhen Xu*, **24 Cr. 15 (MKV)**

Honorable Judge Vyskocil:

With the consent of the Government, I write to respectfully request an adjournment of sentencing, currently scheduled for December 18, 2025. I am scheduled to start trial on December 15, 2025, in front of Judge Oetken. As noted in my previous adjournment request, trial was originally scheduled to begin on December 8 but was recently adjourned by 1 week to accommodate scheduling needs for the Government's witnesses. I have spoken with the Government and Shanghainese/Mandarin Court Certified Interpreter Lily Lau. All parties are available for sentencing on January 12, 13, and 15, if the Court is available.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/_____
Zawadi S. Baharanyi,  Esq.
(917) 612-2753

cc:     AUSA Benjamin Burkett (by ECF)

**Granted. SO ORDERED.** The sentencing is ADJOURNED to January 16, 2026 at 11:00 a.m.

Date:  Dec. 2, 2025
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge