# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 13, 2026

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

| |
|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  2/19/2026 |

Re:    **United States v. Ai Zhen Xu**
        **24 Cr. 15 (MKV)**

Dear Judge Vyskocil:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Ms. Ai Zhen Xu's passport to her daughter, Yin Zhu-Johnson, or to a representative from my office. Ms. Xu's passport was surrendered to Pretrial Services during the pendency of her criminal case. On January 29, 2026, Mrs. Xu received a sentence of two years' probation. Pretrial Services can only release Mrs. Xu's passport pursuant to a Court order. We thus respectfully request that the Court order the release of her passport.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi, Esq.
Assistant Federal Defender
Tel.: (212) 417-8735

The passport may be released to counsel, who is obligated to make sure it is not used for any improper purpose.

**SO ORDERED:**

*Mary Kay Vyskocil*

**HONORABLE MARY KAY VYSKOCIL**
**United States District Judge**

February 19, 2026